COM.

v.

**BUCHANAN, J.**

**1901 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–23–CR–0004562–2015 (Delaware)

Affirmed

COM.

v.

**DAVIS, R.**

**2264 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–23–CR–0006550–2015 (Delaware)

Affirmed

COM.

v.

**HILL, D.**

**2113 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0005022–2007
(Philadelphia)

Affirmed

COM.

v.

**NEAL, A.**

**2462 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–45–CR–0000225–2015
(Monroe)

Affirmed/Vacated

COM.

v.

**HERRINGTON, Q.**

**2172 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0004001–2012 (Philadelphia)

Quashed

COM.

v.

**BERNARD, J.**

**2487 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–39–CR–0001274–2016 (Lehigh)

Affirmed